BILLY J. WILLIAMS, OSB #901366
United States Attorney
DIANNE SCHWEINER, CSB #188013
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2902
Telephone:   (503) 727-1102
dianne.schweiner@usdoj.gov

Attorneys for Defendant

WARREN JOHN WEST, OSB No. 733224
Law Office Warren John West
160 NW Irving
Bend, OR   97703
Telephone: (541) 382-1955
wjw@warrenjohnwest.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CAROLINE LUCAS, | Case No.:   3:18-cv-00924-SI |
| Plaintiff, | JOINT MOTION AND STIPULATION TO DISMISS ACTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1

JOINT MOTION AND STIPULATION TO DISMISS ACTION

Plaintiff, CAROLINE LUCAS, by and through her attorney, Warren John West, and Defendant, UNITED STATES OF AMERICA, by and through its attorney Dianne Schweiner, Assistant U.S. Attorney, have resolved this matter and hereby mutually agree to dismiss this case with prejudice.

IT IS SO STIPULATED.

DATED:    June 21, 2019

>    */s/ Warren John West*
>    WARREN JOHN WEST
>    Attorney for Plaintiff

DATED:    June 21, 2019

>    BILLY J. WILLIAMS
>
>    United States Attorney
>    District of Oregon
>
>    */s/ Dianne Schweiner*
>    DIANNE SCHWEINER
>    Assistant United States Attorney
>    Attorneys for Defendant